John Meany, Respondent, v. Wulf Hurwitz, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present— Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Cornelius E. O'Grady, Appellant, v. Patrick H. McDonough, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Gaynor and Miller, JJ., concurred; Hooker and Rich, JJ., dissented.

Cyrus Rheims, Respondent, v. David Shuldiner, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Roscoe Lumber Company, Appellant, v. William H. Reynolds and Thomas J. Ryan, Respondents.— Appeal dismissed without consideration, for the reason that the record fails to show that the case was settled by the justice of the Municipal Court before whom it was tried, as required by section 318 of the Municipal Court Act.* Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Charles Rosenberg and Solomon Steinfeld, Respondents, v. Rosa Frankel, Appellant, Impleaded with Herman Cohen, Defendant.— Judgment of the Municipal Court affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Edgar A. Russell, Appellant, v. George S. Walworth, Respondent.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Robert R. Selleck, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.—Judgment affirmed, with costs. No opinion. Jenks, Hooker and Gaynor, JJ., concurred; Rich, J., dissented.

William Spaulding, Respondent, v. The City of New York, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present— Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

Brooklyn Union Coal Company, Respondent, v. Demuth Glass Manufacturing Company, Appellant.— Motion to dismiss appeal denied, without costs. If the minutes cannot be procured, the return must be made showing that fact and the reason why. Present— Hirschberg, P. J.; Woodward, Gaynor, Rich and Miller, JJ.

Walter F. Duckworth, Respondent, v. Walter S. Driver, Appellant.— Motion to dismiss appeal granted, with costs, unless appellant pay to the respondent ten dollars costs within ten days; on compliance motion to dismiss appeal denied, without costs, and case placed at the foot of the present calendar. Present— Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Fifth Avenue Library Society, Appellant, v. Emil Weil, Respondent.—Motion to dismiss appeal granted, with costs, unless the appellant perfect the appeal within twenty days and pay the respondent ten dollars costs; on compliance the motion to dismiss the appeal is denied, without costs, and the case placed at the foot of the present calendar. Present— Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

* Laws of 1902, chap. 580.— [Rep.